


**PAULETTE L. STEWART**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

FILED
MISSOULA, MT

2006 SEP 7 AM 11 25

PATRICK E. DUFFY
BY C.D.
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 06- 20 -H- DWM |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **FALSE STATEMENT DURING FIREARMS PURCHASE**<br>18 U.S.C. § 922(a)(6) (Count I)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
| ROSS MICHAEL ROBERTSON, | |
| Defendant. | **PREVIOUSLY COMMITTED PERSON IN POSSESSION OF A FIREARM**<br>18 U.S.C. § 922(g)(4) (Count II)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |

THE GRAND JURY CHARGES:

COUNT I

That on or about October 31, 2005, at Helena, in the State and District of Montana, the defendant, ROSS MICHAEL ROBERTSON, in connection with his acquisition of a firearm, that is, a 12 gauge shotgun, serial number 001011, from

Capital Sporting Goods and Western Wear, a licensed firearms dealer, knowingly made a false and fictitious written statement to that dealer which statement was likely to deceive Capital Sporting Goods and Western Wear as to a fact material to the lawfulness of such acquisition of the said firearm by the defendant under chapter 44 of Title 18, that is, the defendant represented on an ATF Firearms Transaction Record form 4473 that he had never been committed to a mental institution, when in truth and in fact, as the defendant then well knew, he was previously committed to a mental institution, in violation of 18 U.S.C. § 922(a)(6).

## COUNT II

That beginning on October 31, 2005, and continuing until on or about November 3, 2005, at Helena, in the State and District of Montana, and elsewhere, the defendant, ROSS MICHAEL ROBERTSON, having previously been committed to a mental institution, knowingly possessed, in and affecting interstate or foreign commerce, a firearm, that being a 12 gauge shotgun, serial number 001011, in violation of 18 U.S.C. § 922(g)(4).

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney

WARRANT ✓
BAIL None  State Custody
OPM/SUM _____