**PAULETTE L. STEWART**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ROSS MICHAEL ROBERTSON, Defendant. | CR 06-20-H-DWM<br><br>**MOTION TO DISMISS INDICTMENT** |
|---|---|

The defendant is currently residing in the Warm Springs, Montana State Hospital due his commitment there in an unrelated state criminal prosecution out of Yellowstone County. Both the protection of the public from the defendant as well as treatment of the defendant's mental health issues are being addressed by his current incarceration at the state hospital. As a result, the United States respectfully moves this Court for its order dismissing the indictment on file herein without prejudice. Rule 48(a), Federal Rules of Criminal Procedure.

Respectfully submitted this 17th day of October, 2007.

WILLIAM W. MERCER
United States Attorney

*/s/ Paulette L. Stewart*

PAULETTE L. STEWART
Assistant U.S. Attorney
United States Attorney's Office
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, a copy of the foregoing was served on the following persons by the following means:

| | |
|---|---|
| _____ | CM/ECF |
| 1 | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| 2 | Fax |
| _____ | E-mail |

1. Clerk, U.S. District Court

2. Michael Donahoe
   Federal Defenders of Montana
   Attorney for Defendant
   fax: 449-5651

*/signature/*

PAULETTE L. STEWART
Assistant U.S. Attorney
United States Attorney's Office
Attorney for Plaintiff