IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

*IN RE SEALED CASES* | NOTICE

The following cases will be unsealed unless the government shows cause why an individual case should remain sealed on or before February 29, 2016, by filing conventionally with the Clerk of Court:

| Case | Number |
|---|---|
| *United States v. Janghall* | CR 07-14-BU-DWM-2 |
| *United States v. Willis* | CR 07-14-BU-DWM-6 |
| *United States v. Nava-Solis* | CR 07-45-BU-DWM |
| *United States v. Shelor* | CR 06-24-M-DWM |
| *United States v. Heit* | CR 07-33-M-DWM |
| *United States v. Barragan-Mendoza* | CR 08-31-M-DWM-1 |
| *United States v. Barragan-Zepada* | CR 08-31-M-DWM-2 |
| *United States v. Leal* | CR 07-16-BU-DWM |
| *United States v. Alvarez* | CR 06-39-M-DWM-2 |
| *United States v. Barragan-Mendoza* | CR 07-49-M-DWM-1 |
| *United States v. Lepe* | CR 07-40-BU-DWM |
| *United States v. McCroskey* | CR 05-25-H-DWM-1 |
| *United States v. Johnson* | CR 08-03-M-DWM |
| *United States v. Robertson* | CR 06-20-H-DWM |
| *United States v. Carew* | CR 06-58-M-DWM |
| *United States v. Villanueva* | CR 08-17-M-DWM |
| *United States v. Crowder* | CR 04-58-M-DWM-1 |
| *United States v. Higel* | CR 04-58-M-DWM-2 |
| *United States v. Spano* | CR 06-18-BU-DWM |
| *United States v. Jackman* | CR 07-25-M-DWM-1 |
| *United States v. Meugens* | CR 07-25-M-DWM-2 |

Dated this 29th day of January, 2016.

Donald W. Molloy, District Judge
United States District Court